UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE,                                    :
                                             :
                 Plaintiff,                  :
                                             :
V.                                           :      NO. 3:15-CV-00160-JBA
                                             :
THE HOTCHKISS SCHOOL.                        :
                                             :
                 Defendant.                  :      DECEMBER 9, 2016

## MOTION TO COMPEL DISCOVERY RESPONSES

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Local Civil Rules, The Hotchkiss School respectfully moves that the Plaintiff be compelled to respond fully to interrogatories 4 and 24 of the School's First Set of Interrogatories, dated August 12, 2015, and to respond fully to Requests for Production 5 and 7 of the School's First Set of Requests for Production, dated August 12, 2015. As demonstrated by the Affidavit of Bradford S. Babbitt filed herewith, Hotchkiss has made substantial efforts in good faith to resolve the parties' disagreement over the Plaintiff's objections to these discovery requests without the Court's intervention. Despite those efforts, the parties have been unable to resolve their disagreement regarding the Plaintiff's objections. As demonstrated in the memorandum of law accompanying this motion, the requested information is well within the scope of discovery established by Rule 26, and is relevant to the Plaintiff's claims and to Hotchkiss's defenses. The Plaintiff's objections lack merit. Therefore, Hotchkiss moves that the Court compel the Plaintiff to respond fully to interrogatories 4 and 24 and requests for production 5 and 7. Additionally, Hotchkiss moves that the Court award it the fees and expenses incurred with this motion.

**THE HOTCHKISS SCHOOL**

By\_\_\_\_*/s/ Bradford S. Babbitt*_____
 Jeffrey J. White (ct25781)
 Bradford S. Babbitt (ct13938)
 Kathleen E. Dion (ct28605)
 Robinson & Cole LLP
 280 Trumbull Street
 Hartford, CT 06103-3597
 Tel. No.: (860) 275-8200
 Fax No.: (860) 275-8299
 *jwhite@rc.com; bbabbitt@rc.com;
 kdion@rc.com*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Bradford S. Babbitt
Bradford S. Babbitt