Civil- (Dec-2008)

HONORABLE: Victor A. Bolden, USDJ
DEPUTY CLERK: J. Perez   RPTR/ECRO/TAPE: S. Montini
TOTAL TIME: ___ hours 45 minutes
DATE: 9/28/2017   START TIME: 11:05   END TIME: 11:50
LUNCH RECESS   FROM: ____ TO: ____
RECESS (if more than ½ hr)   FROM: ____ TO: ____

CIVIL NO. 3:15cv160 (VAB)

John Doe                                    John Doe
                                            Plaintiff's Counsel
        vs
Hotchkiss School                            Bradford S. Babbitt
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☑ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….   ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… Hearing continued until ____ at ____

Notes: