UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------- x
JOHN DOE,                                               :
                                                        :
            Plaintiff,                                  :
                                                        :     CIVIL NO. 3:15-cv-00160 (VAB)
     v.                                                 :
                                                        :
THE HOTCHKISS SCHOOL,                                   :
                                                        :
            Defendant.                                  :     JANUARY 29, 2018
------------------------------------------------------- x
```

**JOINT STIPULATION REGARDING**
**INDEPENDENT MENTAL EXAMINATION**

On September 5, 2017, The Hotchkiss School moved, pursuant to Rule 35 of the Federal Rules of Civil Procedure, that the Court order the Plaintiff to submit to an independent mental examination. (Docket Entry # 124.) The parties have now reached an agreement with respect to the examination and stipulate that the Court may enter an order on the motion as follows:

Date:       February 6 and 7, 2018;

Time:       11:00 a.m. to 7:00 p.m.;

Location:   Regus, Chrysler Building, 405 Lexington Avenue, 26th Floor, New York, NY 10174;

Examiner:   Scott Bender, Ph.D., ABPP-CN.  Dr. Bender is a board-certified psychologist who has been certified as a clinical neuropsychologist by the American Board of Professional Psychology.  He currently serves as an Associate Professor of Clinical Psychiatric Medicine at the University of Virginia;

Manner:     Private interview including administration of psychological assessments developed and administered by psychologists to establish the Plaintiff's psychiatric status.

Scope:      Assessment of the Plaintiff's psychological status.

Per agreement of the parties, legal counsel for both sides will not be in attendance.

| **John Doe** | **THE HOTCHKISS SCHOOL** |
|---|---|
| /s/ Annika K. Martin | /s/ Bradford S. Babbitt |
| Wendy R. Fleishman (*Pro Hac Vice*) | Bradford S. Babbitt (ct13938) |
| wfleishman@lchb.com | Email: *bbabbitt@rc.com* |
| Annika K. Martin | Jeffrey J. White (ct25781) |
| akmartin@lchb.com | Email: *jwhite@rc.com* |
| Lieff Cabraser Heimann & Bernstein, LLP | Kathleen E. Dion (ct28605) |
| 250 Hudson Street, 8th Floor | *Email: kdion@rc.com* |
| New York, NY 10013-1413 | Robinson & Cole LLP |
| Telephone: (212) 355-9500 | 280 Trumbull Street |
| Facsimile: (212) 355-9592 | Hartford, CT 06103-3597 |
|  | Tel. No.: (860) 275-8200 |
| And | Fax No.: (860) 275-8299 |

Hugh W. Cuthbertson #ct0413
hcuthbertson@zcclawfirm.com
Glenn A. Duhl #03644
gduhl@zcclawfirm.com
Zangari Cohn Cuthbertson Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Telephone: (203) 789-0001
Facsimile: (203) 782-2766

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulation Regarding Independent Mental Examination was filed electronically on January 29, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeffrey J. White*
Jeffrey J. White