UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>   v.<br><br>THE HOTCHKISS SCHOOL,<br><br>               Defendant. | No. 3:15-cv-00160-VAB |

**EMERGENCY MOTION TO SEAL DOCKET NOS. 237, 237-1, AND 237-2**

Pursuant to Local Rule of Civil Procedure 5(e)3 and 5(e)4(a), Plaintiff John Doe hereby moves for an order to seal the documents filed at Docket Nos. 237, 237-1, and 237-2. Due to the urgent necessity to remove these documents from the public docket, Plaintiff asks the Court to instruct the Clerk to remove the documents from the public docket immediately, rather than allow the documents to remain on the public docket during the pendency of this motion.

As detailed in the accompanying memorandum of law, an order sealing Dkt. Nos. 237, 237-1, and 237-2 is supported by clear and compelling reasons, and is narrowly tailored to serve those reasons. *See* L. Civ. R. 5(e)1(a); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120–122 (2d Cir. 2006).

Dated: September 12, 2018      By: _____
                                                          Annika K. Martin

                                            Wendy R. Fleishman (admitted *pro hac vice*)
                                            wfleishman@lchb.com
                                            Annika K. Martin (admitted *pro hac vice*)
                                            akmartin@lchb.com
                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                            250 Hudson Street, 8th Floor
                                            New York, NY   10013-1413
                                            Telephone:   212-355-9500
                                            Facsimile:   212-355-9592

- 2 -

Hugh W. Cuthbertson #ct0413
hcuthbertson@zcclawfirm.com
Glenn A. Duhl #03644
gduhl@zcclawfirm.com
ZANGARI COHN CUTHBERTSON DUHL &
GRELLO P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Telephone: (203) 789-0001
Facsimile: (203) 782-2766

*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 12, 2018, a copy of the foregoing Motion to Seal and accompanying Memorandum in Support was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        Annika K. Martin