UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL NO. 3:15-CV-00160-VAB |
| Plaintiff, | : | |
| v. | : | |
| THE HOTCHKISS SCHOOL, | : | |
| Defendant. | : | OCTOBER 29, 2018 |

## THE HOTCHKISS SCHOOL'S
## MOTION FOR SUMMARY JUDGMENT

The Hotchkiss School ("Hotchkiss" or the "School") moves for summary judgment on all counts in Plaintiff's Complaint. As more fully set forth in the accompanying memorandum of law, Plaintiff cannot establish that Hotchkiss owed a duty to him because the abuse he alleges was not foreseeable. Absent evidence that his injuries were foreseeable, each of Plaintiff's five claims fail as a matter of law.

Additionally, Plaintiff's recklessness claim (Count Two) fails because he cannot prove that Hotchkiss acted recklessly or with wanton disregard of a substantial risk of harm to Plaintiff. Plaintiff's claim for intentional infliction of emotional distress (Count Four) also fails because none of Hotchkiss' acts or omissions constitute extreme or outrageous activity as a matter of law. And finally, Hotchkiss is also entitled to summary judgment on Plaintiff's fiduciary duty claim because Connecticut law does not recognize the relationship between a student and a school as being fiduciary in nature and there is no evidence that Plaintiff entered into a special fiduciary relationship with the School.

For all of the reasons set forth in Hotchkiss' memorandum of law, summary judgment should enter in favor of Hotchkiss on all counts of Plaintiff's Complaint.

**DEFENDANT,**
**THE HOTCHKISS SCHOOL**

By: */s/ Kathleen E. Dion*
Bradford S. Babbitt (ct13938)
Jeffrey J. White (ct25781)
Kathleen E. Dion (ct28605)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: *bbabbitt@rc.com; jwhite@rc.com; kdion@rc.com*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this 29th day of October, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                             */s/ Kathleen E. Dion*
                                             Kathleen E. Dion