## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN DOE,

                       Plaintiff,

v.

THE HOTCHKISS SCHOOL,

                       Defendant.

CIVIL ACTION NO. 3:15-CV-00160 (VAB)

### <u>PLAINTIFF'S RESPONSE TO ORDER DATED APRIL 28, 2020 (DE 374)</u>

In response to the Court's Order of April 28, 2020 (DE 374), docketed earlier today, and its prior Orders (DE 360 & 367), Plaintiff John Doe respectfully states that he has returned all unused settlement proceeds to his prior counsel, Lieff Cabraser Heimann & Bernstein LLP ("Lieff Cabraser").  Lieff Cabraser has already advised counsel to Defendant, as well as the undersigned counsel, that it is holding those unused proceeds in its attorney escrow account.

Mr. Doe agrees that this case has been settled since the parties reached a binding settlement agreement in August 2019, and accordingly has sent a signed stipulation of dismissal to Defendant's counsel for its signature.  Mr. Doe will either file a fully executed stipulation of dismissal, or, if necessary, respond to the pending motion and cross-move to enforce the parties' August 2019 settlement agreement, by May 1, 2020.

Dated:  New York, New York
     April 28, 2020

          **KASOWITZ BENSON TORRES LLP**

          By:  */s/ Jed I. Bergman*
          Jed I. Bergman (*pro hac vice*)
          Tian Gao (*pro hac vice*)
          1633 Broadway
          New York, New York  10019
          Tel: (212) 506-1700
          Fax: (212) 506-1800

          -and-

          **ZEISLER & ZEISLER, P.C.**

          Aaron A. Romney (ct28144)
          10 Middle Street
          Bridgeport, CT 06604
          Tel: (203) 368-4234
          Fax:  (203) 367-9678

          *Counsel for Plaintiff John Doe*