**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE HOTCHKISS SCHOOL, <br><br> Defendant. | CIVIL ACTION NO. 3:15-CV-00160 (VAB) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Doe ("Doe"), by and through his undersigned counsel, appeals to the United States Court of Appeals for the Second Circuit from the Ruling and Order by the Honorable Victor A. Bolden, dated and entered in this action on July 24, 2020, granting Defendant The Hotchkiss School's Motion to Enforce a purported February 13, 2020 Settlement Agreement; denying Doe's Cross-Motion to Enforce the August 27, 2019 Settlement Agreement; and ordering that this case is dismissed.  DE 417.

Dated:   New York, New York
         August 20, 2020

**KASOWITZ BENSON TORRES LLP**

By:   */s/ Jed I. Bergman*
Jed I. Bergman (phv10614)
Tian Gao (phv10615)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
Email: jbergman@kasowitz.com;
tgao@kasowitz.com

-and-

**ZEISLER & ZEISLER, P.C.**

Aaron A. Romney (ct28144)
10 Middle Street
Bridgeport, CT 06604
Tel: (203) 368-4234
Fax: (203) 367-9678
Email: aromney@zeislaw.com

*Counsel for Plaintiff John Doe*

To:  Bradford S. Babbitt
     Jeffrey J. White
     Kathleen E. Dion
     Andrew DePeau
     ROBINSON & COLE LLP
     280 Trumbull Street
     Hartford, CT 06103-3597

*Counsel for Defendant The Hotchkiss School*